# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134116(29)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CONRAD ERIC SANDERS,
          Defendant-Appellant.

SC:  134116
COA:  274116
Wayne CC:  94-009537-01

_____/

      On order of the Court, the motion for reconsideration of this Court's September 10, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

d1217

_____
Clerk